No. 00–1778. CHRISTIAN v. INTERNAL REVENUE SERVICE. C. A. 11th Cir. Certiorari denied.

No. 00–1780. ROCKEFELLER v. NEW MEXICO ET AL. Ct. App. N. M. Certiorari denied.

No. 00–1782. BABAZADEH v. FAIRFAX COUNTY BOARD OF SUPERVISORS. Sup. Ct. Va. Certiorari denied.

No. 00–1783. KROSBY v. BROWNING ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1786. FREY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1787. BARRIOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1789. PENSION BENEFIT GUARANTY CORPORATION v. BELFANCE, TRUSTEE OF THE COPPERWELD STEEL COMPANY LIQUIDATION TRUST. C. A. 6th Cir. Certiorari denied.

No. 00–1791. FORE v. HADSELL ET UX. Ct. App. Ariz. Certiorari denied.

No. 00–1792. MUZZI v. CIMARRON SOFTWARE SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1794. LOUISIANA PHILHARMONIC ORCHESTRA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 00–1796. BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION ET AL.; BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION; and BUSH v. ZEELAND PUBLIC SCHOOLS BOARD OF EDUCATION. Ct. App. Mich. Certiorari denied.

No. 00–1797. RAMOS v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 00–1798. WOLFORK, AS PARENT AND NEXT FRIEND OF MINOR, WOLFORK v. TACKETT ET AL. Sup. Ct. Ga. Certiorari denied.